# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **SHERRY L. KEITH**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10CV00003 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **COMMONWEALTH OF** | ) | By: James P. Jones |
| **VIRGINIA DEPARTMENT OF** | ) | United States District Judge |
| **CORRECTIONS, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

No objection having been filed to the report and recommendation of the magistrate judge of June 22, 2010, it is **ORDERED** as follows:

1. The report and recommendation is accepted;

2. The motions to dismiss (DE 11 and 13) are GRANTED;

3. The plaintiff's claims against defendant Stan K. Young are dismissed and the clerk will terminate that defendant on the docket; and

4. Any claims for monetary damages against the defendant Commonwealth of Virginia Department of Corrections are dismissed but said defendant shall remain as to the claims for injunctive relief.

ENTER: July 14, 2010

/s/ JAMES P. JONES
United States District Judge