# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **SHERRY L. KEITH**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10CV00003 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **COMMONWEALTH OF VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.**, | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

No objections having been filed to the Report and Recommendation of the magistrate judge of November 4, 2010 (ECF No. 42), it is **ORDERED** as follows:

1. The findings and recommendations of the magistrate judge are ACCEPTED;

2. The Motion to Dismiss for Lack of Prosecution (ECF No. 30) is GRANTED;

3. The plaintiff's action against the Commonwealth of Virginia Department of Corrections is DISMISSED with prejudice; and

4. No further claims remaining, the Clerk is directed to close the case.

ENTER: December 6, 2010

/s/ JAMES P. JONES
United States District Judge